

# United States District Court
# Eastern District of California

| UNITED STATES | | Case Number: | 2:22-cr-0058 TLN |

Plaintiff(s)

V.

| MALEK WILLIAMS |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **DANIEL KANE** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**MALEK WILLIAMS**

On **06/01/1978** (date), I was admitted to practice and presently in good standing in the **GEORGIA** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **04/04/2022**             Signature of Applicant: /s/ **Daniel Kane**

**Pro Hac Vice Attorney**

Applicant's Name: DANIEL KANE

Law Firm Name: DANIEL KANE, PC

Address: 133 NASSAU STREET

City: ATLANTA  State: GA.  Zip: 30303

Phone Number w/Area Code: 404 577 1200

City and State of Residence: ATLANTA, GEORGIA

Primary E-mail Address: dbkane133@gmail.com

Secondary E-mail Address: dbkane133@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: BRIAN LEIGHTON

Law Firm Name: LAW OFFICES OF BRIAN LEIGHTON

Address: 755 PEACH AVE.  G-10

City: CLOVIS  State: CA.  Zip: 93611-7264

Phone Number w/Area Code: 559-297-6190  Bar #: 90907

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 7, 2022

_____
JUDGE, U.S. DISTRICT COURT