UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 22, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MALEK WILLIAMS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00058-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MALEK WILLIAMS ,

Case No.  2:22-cr-00058-TLN   Charge 18 US § 371 , from custody for the following reasons:

　　　　____ Release on Personal Recognizance

　　　　____ Bail Posted in the Sum of $ _____

　　　　　　____ Unsecured Appearance Bond $ _____

　　　　　　____ Appearance Bond with 10% Deposit

　　　　　　____ Appearance Bond with Surety

　　　　　x　 Corporate Surety Bail Bond (previously posted in NDGA)

　　　　　　____ (Other):

Issued at Sacramento, California on July 22, 2022, at 2:10 PM.

　　　　　　　　　　　　　　By:  /s/ Allison Claire
　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire