MICHELE BECKWITH
Acting United States Attorney
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MALEK WILLIAMS,<br><br>Defendant. | CASE NO. 2:22-CR-00058 DJC<br><br>STIPULATION AND FINDINGS AND ORDER SETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES<br><br>DATE: January 30, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Malek Williams, by and through defendant's counsel of record, Daniel Kane, hereby stipulate as follows:

1. By previous order, and this matter was set for status of judgment and sentencing on January 30, 2025.

2. By this stipulation, the parties jointly request to set this matter for sentencing on May 1, 2025.

3. The parties respectfully request the following schedule of associated dates be ordered, accordingly:

| | |
|---|---:|
| Judgment and Sentencing Date: | May 1, 2025 at 9:00 AM |
| Reply, or Statement of Non-Opposition: | April 24, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 17, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 10, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 3, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 30, 2025 |

IT IS SO STIPULATED.

Dated: January 28, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated: January 28, 2025

/s/ DANIEL KANE
DANIEL KANE
Counsel for Defendant
MALEK WILLIAMS

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court vacates the January 30, 2025, status of judgment and sentence date, and resets the matter as follows:

| | |
|---|---:|
| Judgment and Sentencing Date: | May 1, 2025 at 9:00 AM |
| Reply, or Statement of Non-Opposition: | April 24, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 17, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 10, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 3, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 30, 2025 |

IT IS SO FOUND AND ORDERED this 29th day of January 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE