1  MICHELE BECKWITH
   Acting United States Attorney
2  ALEXIS KLEIN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9

10                      IN THE UNITED STATES DISTRICT COURT

11                          EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,              CASE NO. 2:22-CR-00058 DJC

14                 Plaintiff,              ORDER SEALING DOCUMENTS AS SET FORTH
                                           IN GOVERNMENT'S NOTICE
15           v.

16  MALEK WILLIAMS,

17                 Defendant.

18

19

20       Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

21  Request to Seal, IT IS HEREBY ORDERED that the government's four-page motion and four-page

22  supplement to the plea agreement pertaining to defendant Malek Williams, and government's Request to

23  Seal, shall be SEALED until further order of this Court.

24       It is further ordered that access to the sealed documents shall be limited to the government and
    counsel for the defendant.
25
    ///
26
    ///
27
    ///
28

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: April 24, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE